458 A.2d 281

Commonwealth v. Bey, Appellant.

Submitted June 4, 1982.  Vincent M. Lorusso, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.